IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN PARLANTE,

        Plaintiff,

    v.

KENNETH G. PETERSON, et al.,

        Defendants.

_____/

No. CIV S-07-2502 LKK DAD PS

ORDER SETTING STATUS (PRETRIAL SCHEDULING) CONFERENCE

        This action has been assigned to United States District Judge Lawrence K. Karlton and, pursuant to Local Rule 72-302(c)(21), has been referred to Magistrate Judge Dale A. Drozd for all purposes encompassed by that provision.

        The Clerk of the Court has provided plaintiff with notice that the United States Magistrate Judges in this district are available to conduct all proceedings in the action. The parties may, if all consent, have this case tried before a United States Magistrate Judge while preserving their right to appeal to the Ninth Circuit Court of Appeals. The Clerk of the Court has provided plaintiff with an appropriate form to consent or decline to consent to trial before a magistrate judge. Any party who chooses to consent may complete the form and return it to the Clerk of the Court. Neither the magistrate judge nor the district judge assigned to the case will be notified of the filing of a consent form by a party, unless all parties to the action have consented.

1  Pursuant to the provisions of Rule 16 of the Federal Rules of Civil Procedure, IT IS
2  ORDERED that:

3  1. A Status (Pretrial Scheduling) Conference is set for **March 28, 2008, at 11:00 a.m.**,
4  in Courtroom No. 27, before Magistrate Judge Drozd.

5  2. Rule 4(m) of the Federal Rules of Civil Procedure provides that **an action may be**
6  **dismissed if service of process is not accomplished within 120 days from the date the complaint is**
7  **filed**. In order to enable the plaintiff and the court to comply with the 120-day time limits specified in
8  Rules 4(m) and 16(b), **plaintiff is strongly encouraged to complete service of process on all**
9  **defendants within 90 days of the date of filing his complaint**.

10  3. Concurrently with service of process, or as soon thereafter as possible, plaintiff shall
11  serve upon each defendant named in the complaint, and UPON ALL PARTIES SUBSEQUENTLY
12  JOINED, INCLUDING IMPLEADED THIRD-PARTY DEFENDANTS, a copy of this order, and
13  shall promptly file with the Clerk of the Court a certificate reflecting such service.

14  4. All parties shall appear at the Status Conference by counsel, or in person if acting
15  without counsel. Parties may appear at the conference telephonically. To arrange telephonic
16  appearance, parties shall contact Pete Buzo, the courtroom deputy of the undersigned magistrate judge,
17  at (916) 930-4128, no later than three days before the Status (Pretrial Scheduling) Conference.

18  5. Each party shall submit to the court, no later than seven days before the Status
19  (Pretrial Scheduling) Conference, a status report addressing all of the following matters:

20      a. Progress of service of process;
21      b. Possible joinder of additional parties;
22      c. Any expected or desired amendment of the pleadings;
23      d. Jurisdiction and venue;
24      e. Anticipated motions and the scheduling thereof;
25      f. Anticipated discovery and the scheduling thereof,
          including disclosure of expert witnesses;
26  /////

g. Future proceedings, including the setting of appropriate cut-off dates for discovery and law and motion, and the scheduling of a final pretrial conference and trial;

h. Modification of standard pretrial procedures specified by the rules due to the relative simplicity or complexity of the action;

i. Whether the case is related to any other case, including matters in bankruptcy;

j. Whether the parties will stipulate to the magistrate judge assigned to this matter acting as settlement judge, waiving any disqualifications by virtue of his so acting, or whether they prefer to have a Settlement Conference before another judge;

k. Whether the parties intend to consent to proceed before a United States Magistrate Judge; and

l. Any other matters that may aid in the just and expeditious disposition of this action.

6. Concurrently with service of a copy of this order on the defendants, plaintiff shall serve upon each defendant named in the complaint one copy of the consent form and instructions provided by the Clerk of the Court.

DATED: November 26, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1\orders.pro se\parlante2502.ossc