1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   JOHN PARLANTE,
                                    No. CIV S-07-2502 LKK DAD PS
11            Plaintiff,

12       v.                              ORDER

13   KENNETH G. PETERSON, et al.,

14            Defendants.

15   _____/

16            Plaintiff, a resident of the State of Nevada, is proceeding with this action pro se.

17   Plaintiff has filed a motion for permission to file electronically.  He states that he is well

18   equipped to do so and will agree to be held to the standards applicable to lawyers required to file

19   electronically.

20            Although the Eastern District of California is an electronic filing district,

21   unrepresented persons are required to file and serve paper documents unless the court grants

22   leave to file electronically.  Local Rule 5-133(a) & (b)(2).  A request to use electronic filing as an

23   exception to the rule may be made as a written motion setting out an explanation of reasons for

24   the requested exception.  Local Rule 5-133(b)(3).  Here, it appears that plaintiff has requested an

25   exception to the rule due to his computer expertise and out-of-state residence.

26   /////

1

1   Plaintiff will be required to file a declaration[1] in which he states that he has

2   investigated this court's electronic filing requirements, has the necessary hardware and software,

3   and will comply with all requirements concerning electronic filing in this court.  General

4   information is available on the following website:  http://www.uscourts.gov/.  For additional

5   information, plaintiff may contact Keith Holland, Operations Manager for the United States

6   District Court for the Eastern District of California, at (916) 930-4078.  Upon the filing of a

7   satisfactory declaration, the court will grant plaintiff's motion.

8   If the motion is granted, plaintiff must immediately register to file documents

9   electronically through ECF.  See Local Rule 1-101 (defining "E-Filing Registration").  "E-Filing

10  registration also acts as a consent to service by electronic means during the course of an action."

11  Id.  Thus, if plaintiff is granted leave to file electronically, he must file all documents in this case

12  electronically, and all court orders will be served on plaintiff electronically.  Until plaintiff has

13  been granted leave to use electronic filing, his communication with the court must be by means

14  of paper documents filed in accordance with Local Rule 5-133.  No document can be served

15  electronically on any defendant unless and until the defendant has appeared in the case and

16  registered to file electronically in accordance with Local Rule 1-101.

17  Accordingly, IT IS HEREBY ORDERED that plaintiff shall file, within fifteen

18  days after this order is filed, the declaration described in the text of this order.

19  DATED: December 6, 2007.

21

22  DAD:kw
    Ddad1\orders.prose\parlante2502.mot.ecf

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

24  [1]  Although plaintiff's motion purports to be a sworn declaration, there is no evidence that
    plaintiff appeared before a notary public or other official authorized to administer an oath.  An
25  unsworn declaration executed within the United States should be subscribed by the declarant in
    substantially the following form:  "I declare under penalty of perjury that the foregoing is true
26  and correct.  Executed on (date)."  28 U.S.C. § 1781.