IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN PARLANTE,

        Plaintiff,

    v.

KENNETH G. PETERSON, et al.,

        Defendants.

_____/

No. CIV S-07-2502 LKK DAD PS

ORDER

        Pursuant to the court's order filed December 7, 2007, plaintiff has filed an affidavit in support of his motion for permission to file electronically as an exception to Local Rule 5-133. Plaintiff states that he has investigated this court's electronic filing requirements, has the necessary computer hardware and software, and will comply with all requirements for electronic filing in this court. Accordingly, IT IS ORDERED that plaintiff's November 30, 2007 motion for permission to file electronically is granted, and plaintiff shall register to file documents electronically forthwith.

DATED: December 19, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1\orders.prose\parlante2502.gr.motecf