1
2
3
4
5
6
7
8                IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10   JOHN PARLANTE,
                                        No. CIV S-07-2502 LKK DAD PS
11               Plaintiff,

12        v.                            ORDER

13   KENNETH G. PETERSON, et al.,

14               Defendants.

15   _____/

16               The pro se plaintiff in this case filed a motion for permission to file electronically.

17   In a supporting affidavit filed on December 14, 2007, plaintiff stated that he has investigated this

18   court's electronic filing requirements, that he has the necessary computer hardware and software,

19   that he will comply with all requirements concerning electronic filing in this court, and that he

20   agrees to file all documents in this case electronically.  On the basis of plaintiff's sworn

21   statement, the court granted plaintiff's motion for permission to file electronically.  The docket

22   reflects that plaintiff has been registered to file documents electronically and to receive service of

23   documents electronically.  In violation of Local Rule 5-133, this court's orders, and his own

24   affidavit, plaintiff submitted two paper filings to the Clerk on January 10, 2008.

25               As an electronic filer, plaintiff is not permitted to file any document in paper

26   format except by permission of the court obtained in advance.  See Local Rule 5-133(b)(1) and

                                           1

1    (3).  A motion for permission to submit a paper filing must be filed electronically, and the

2    proposed paper filing may not be presented to the Clerk for filing unless and until the court

3    grants permission to submit such a filing to the Clerk.  See Local Rule 5-133(b)(1).  Permission

4    will be granted only in exceptional circumstances, and the decision to permit paper filing as an

5    exception to electronic filing is in the sole discretion of the court.  Id.  Plaintiff is cautioned that

6    permission to file electronically will be withdrawn if plaintiff fails to comply strictly with all

7    requirements regarding electronic filing.

8           Accordingly, IT IS HEREBY ORDERED that the documents presented by

9    plaintiff for filing in paper format on January 10, 2008 will be disregarded, and the Clerk shall so

10   note on the docket.

11   DATED: January 11, 2008.

12

13                                                   Dale A. Drozd

14                                        _____
                                         DALE A. DROZD
                                         UNITED STATES MAGISTRATE JUDGE

15   DAD:kw
     Ddad1\orders.prose\parlante2502.ord.paperdocs

16

17

18

19

20

21

22

23

24

25

26