IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN PARLANTE,

    Plaintiff,                      No. CIV S-07-2502 LKK DAD PS

    vs.

KENNETH G. PETERSON, et al.,

    Defendants.               ORDER

_____/

        Plaintiff, proceeding pro se, filed the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

        On March 17, 2008, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. Plaintiff has filed objections to the findings and recommendations.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed March 17, 2008, are adopted in full;

2. Plaintiff's January 15, 2008 petition for emergency writ and request for stay of state court proceedings (#12) is denied;

3. The motion to dismiss (#17) filed January 30, 2008, by defendants Kenneth G. Peterson, Daniel Horton, and Commission on Judicial Performance is granted, and all claims against these defendants are dismissed with prejudice on the grounds of lack of jurisdiction, immunity, <u>Younger</u> abstention, and failure to exhaust administrative remedies;

4. Plaintiff's claims against defendant Dian Vorters are dismissed with prejudice on the grounds of immunity and failure to state a claim upon which relief may be granted; and

5. Plaintiff's claims against defendant Anders Tyslan, Joan Tyslan, and DOES 1 to 10 are dismissed with prejudice for lack of subject matter jurisdiction and for failure to state a claim upon which relief may be granted.

DATED: June 12, 2008.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT